<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

**District of Delaware**

Case number *(if known)*: _____  Chapter __**11**__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NBA Automotive, Inc.** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names, and *doing business as* names | **dba Nissani Automotive** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3855634** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8 The Green** <br> **Suite # 23114** <br> Number    Street | **8 The Green** <br> **Suite # 23114** <br> Number     Street |
| **Dover**          **DE**   **19901** <br> City              State   Zip Code | **Dover**          **DE**   **19901** <br> City              State   Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **KENT** <br> County | **1429 New Burton Road** <br> Number          Street |
| | **Dover**          **DE**   **19904-5462** <br> City              State   Zip Code |

**5. Debtor's website (URL)**      **www.nissanibros.com**

---

| Debtor | NBA Automotive, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5321**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  __NBA Automotive, Inc.__
  Name

Case number *(if known)* _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                      MM/DD/YYYY

  District _____  When _____  Case number _____
                                MM/DD/YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  __See attached__  Relationship  __Affiliate__

  District  __Delaware__  When _____
                              MM/DD/YYYY

  Case number, if known  __seeattached__

**11.** **Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (Check all that apply.)

  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

  ☐ It needs to be physically secured or protected from the weather.

  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  ☐ Other _____

  **Where is the property?** _____
                            Number          Street

  _____
  City                State      ZIP Code

  **Is the property insured?**

  ☐ No

  ☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

Debtor    **NBA Automotive, Inc.**_____    Case number *(if known)* _____
          Name

## Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **8/27/2025**
               MM / DD / YYYY

x **/s/ Houshang Neyssani**                    **Houshang Neyssani**
  Signature of authorized representative of debtor    Printed name

Title    **President**_____

Debtor    **NBA Automotive, Inc.**
_____    Case number *(if known)*    _____
Name

18.    **Signature of attorney**    ✗    **/s/ Christopher Loizides**    Date    8/27/2025
_____
Signature of attorney for debtor        MM / DD / YYYY

**Christopher CDL Loizides**
_____
Printed name

**LOIZIDES, P.A.**
_____
Firm name

**1225 King Street**
_____
Number        Street

**Wilmington**                **DE**        **19801**
_____        _____        _____
City                State        ZIP Code

**(302) 654-0248**            **loizides@loizides.com**
_____        _____
Contact Phone            Email address

3968                **Delaware**
_____        _____
Bar number            State

## ADDENDUM TO PETITION QUESTION #10

It is anticipated that several affiliated entities will be filing Chapter 11 Petitions under Subchapter V in the United States District Court for the District of Delaware substantially contemporaneously:

1. NBA Automotive, Inc. d/b/a/ Nissani Automotive, a Delaware Corporation.

2. HNL Automotive, Inc., a California Corporation

3. RHC Automotive, Inc., a California Corporation

4. RHH Automotive, Inc. a California Corporation

5. RNH Automotive, Inc., a California Corporation

6. R&H Automotive Group, Inc., a California Corporation

These Debtors intend to seek joint administration of their cases.

In addition, the following bankruptcy case is pending:

| DEBTOR | RELATIONSHIP | FILED | DISTRICT | CASE NO. |
|---|---|---|---|---|
| **Park View Apt, LLC** | Affiliate | 8/6/2024 | Delaware | **24-11663-LSS** |

**United States Bankruptcy Court**
**District of Delaware**

In re   **NBA Automotive, Inc.**

Debtors(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders with is prepared in accordance with rule 1007(a)(3) for filing in this Chapter **11** Case

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| **Houshang Neyssani**<br>**9777 Willshire Boulevard # 400**<br>**Beverly Hills, CA 90212** | **Common** | **100%** | **Common Stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **8/27/2025**

Signature   **Houshang Neyssani**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Copyright © Financial Software Solutions, LLC

BlueStylus

**ACTION BY WRITTEN CONSENT OF**
**SOLE MEMBER OF THE BOARD OF DIRECTORS OF**
**NBA AUTOMOTIVE, INC.,**
**A Delaware corporation**

Houshang Neyssani, being the sole member of the board of directors (the "Board") of NBA Automotive, Inc., a Delaware corporation (the "Company"), does hereby adopts the following recitals and resolutions by written consent in lieu of a meeting in accordance with the provision of section 141(f) of the Delaware General Corporation Law and the Bylaws of the Company:

**WHEREAS**, due to the financial condition of the Company, the Board has determined that it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to Chapter 11 (Subchapter V) of Title 11 of the United States Code.

**WHEREAS,** the Board, pursuant to, without limitation, section 141(f) of the Delaware General Corporation Law and the Bylaws of the Company, hereby takes the following actions and makes the following resolutions and thereby directs that this Written Resolution be filed with the minutes of the meetings of the Company.

**NOW THEREFORE**, the following resolutions are hereby adopted:

**RESOLVED**, the Board has determined that it is in the best interest of the Company to file a voluntary petition in the Bankruptcy Court pursuant to Chapter 11 (Subchapter V) of Title 11 of the United States Code, and that Houshang Neyssani, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a voluntary bankruptcy case in the Bankruptcy Court on behalf of the Company; and

**RESOLVED FURTHER**, that Houshang Neyssani, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform any all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with said bankruptcy proceedings: and

**RESOLVED FURTHER**, that Houshang Neyssani be and hereby is authorized and directed to employ Christopher D. Loizides, Attorney and the law firm of LOIZIDES, P.A. to represent the Company in said bankruptcy proceedings and that any such retention occurring prior to the date hereof is hereby ratified.

**RESOLVED FURTHER**, that all actions taken by the Company prior to the date hereof in connection with the possible reorganization and/or liquidation of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

The above resolutions are taken by the Board of the Company on August 27, 2025, to be effective as of the date first above written.

By: _____
Houshang Neyssani
Title: Sole Director of NBA Automotive, Inc.

| Fill in this information to identify your case: | |
|---|---|
| Debtor Name | **NBA Automotive, Inc.** |
| United States Bankruptcy Court for the: | **District of Delaware** |
| Case number (*if known*): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  **MOC Products** 12306 Montague Street Pacoima, CA 91331 | **MOC Products** () - | | **Disputed** | | | $210,590.00 |
| 2  **Capital One Auto Finance** 1680 Capital One Drive Mc Lean, VA 22102 | **Capital One Auto Finance** () - | | | | | $66,885.00 |
| 3  **Southern California Edison** 224 Walnut Grove Rosemead, CA 91770 | **Southern California Edison** () - | **Utilities** | | | | $46,429.00 |
| 4  **SP Collection** 429 Santa Monica Blvde Ste 220 Santa Monica, CA 90401 | **SP Collection** () - | | | | | $18,145.32 |
| 5  **True Car** 150 Valpreda Road San Marcos, CA 92069 | **True Car** (760) 736-6676 | | | | | $17,944.42 |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **NBA Automotive, Inc.** | | Case number *(if known)* | | | |
| | Name | | | | | |

| 6 | **Model Electronics**<br>**615 East Crescent Avenue**<br>**Ramsey, NJ 07446** | **Model Electronics**<br>**(201) 961-1620** | **Goods Sold** | | | | $8,671.50 |
| 7 | **KO Dent Removal**<br>**5055 Carson Boulevard**<br>**Carson, CA, 90749** | **KO Dent Removal**<br>**(310) 946-6532** | **Autobody**<br>**Services** | **Disputed** | | | $7,470.00 |
| 8 | **Naked Lime Marketing**<br>**2405 County Line Road**<br>**Dayton, OH 45430** | **Naked Lime**<br>**Marketing**<br>**(855) 653-3546** | | | | | $6,759.58 |
| 9 | **Federal Express**<br>**942 South Shady Grove Road**<br>**Memphis, TN 38120** | **Federal Express**<br>**() -** | **Delivery**<br>**Services** | | | | $6,195.00 |
| 10 | **Prudential Overall**<br>**1661 Alton Parkway**<br>**Irvine, CA 92606-4877** | **Prudential Overall**<br>**(949) 250-0485** | **Clothing Rental** | | | | $5,089.32 |
| 11 | **First Choice Services**<br>**1 Hillcrest Drive**<br>**Charleston, WV 25311** | **First Choice Services**<br>**(847) 498-8987** | | | | | $3,750.61 |
| 12 | **Safety Kleen**<br>**42 Longwater Drive**<br>**Norwell, MA 02061** | **Safety Kleen**<br>**(800) 323-3504** | **Cleaning**<br>**Services** | | | | $1,136.76 |
| 13 | **Autozone**<br>**123 South Front Street**<br>**Memphis, TN 38103** | **Autozone**<br>**() -** | **Auto Parts** | | | | $1,002.25 |
| 14 | **Telepacific Communications**<br>**303 Colorado Street**<br>**Suite 2075**<br>**Austin, TX 78701** | **Telepacific**<br>**Communications**<br>**(877) 487-7872** | **Telephone** | | | | $624.92 |