# United States Bankruptcy Court

## District of Delaware

In re  **NBA Automotive, Inc.**
Debtor(s)

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **8/27/2025**

/s/ Houshang Neyssani
**Houshang Neyssani**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

| | | |
|---|---|---|
| **Autozone**<br>123 South Front Street<br>Memphis, TN 38103 | **BMO Harris Bank**<br>111 W. Monroe Street<br>Chicago, IL 60603 | **Capital One Auto Finance**<br>1680 Capital One Drive<br>Mc Lean, VA 22102 |
| **Federal Express**<br>942 South Shady Grove Road<br>Memphis, TN 38120 | **First Choice Services**<br>1 Hillcrest Drive<br>Charleston, WV 25311 | **Houshang Neyssani**<br>9777 Willlshire Boulevard # 400<br>Beverly Hills, CA 90212 |
| **KO Dent Removal**<br>5055 Carson Boulevard<br>Carson, CA, 90749 | **M2 Equipment Leasing**<br>20800 Swenson Drive Suite 475<br>Waukesha, WI 53186 | **MOC Products**<br>12306 Montague Street<br>Pacoima, CA 91331 |
| **Model Electronics**<br>615 East Crescent Avenue<br>Ramsey, NJ 07446 | **Naked Lime Marketing**<br>2405 County Line Road<br>Dayton, OH 45430 | **Navitas Credit Corp.**<br>111 Executive Center Drive]<br>Suite 102<br>Columbia, SC 29210 |
| **Prudential Overall**<br>1661 Alton Parkway<br>Irvine, CA 92606-4877 | **Safety Kleen**<br>42 Longwater Drive<br>Norwell, MA 02061 | **Southern California Edison**<br>224 Walnut Grove<br>Rosemead, CA 91770 |
| **SP Collection**<br>429 Santa Monica Blvd. Ste 220<br>Santa Monica, CA 90401 | **State of California, Employment Development Department**<br>State of California Employment Development Department Lien Group, MIC 92G P.O. Box 826880<br>Sacramento, CA 94280- 1 | **Telepacific Communications**<br>303 Colorado Street<br>Suite 2075<br>Austin, TX 78701 |
| **True Car**<br>150 Valpreda Road<br>San Marcos, CA 92069 | **Woodforest Bank**<br>2601 North Lamar Blvd<br>Austin, TX 78705 | |

Copyright © Financial Software Solutions, LLC